**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Evelyn Gilliland, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:20-cv-00406 UNA |
| | ) | |
| | ) | |
| Proctor and Gamble Disability Committee. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The above styled and numbered case was opened on March 17, 2020, and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and assigned to the Honorable Ronnie L. White, United States District Judge, under cause number 1:20-cv-00056 RLW.

**IT IS FURTHER ORDERED** that cause number 4:20-cv-00406 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: March 18, 2020

By: Michele Crayton
Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:20-cv-00056 RLW.**